121 F.3d 565
 Alan RICHARDS, et al., Plaintiffs-Appellants,
v.
LLOYD'S OF LONDON, an unincorporated association,
Corporation of Lloyd's, aka Society of Lloyd's,
aka The Society and Council of Lloyd's,
Defendants-Appellees.
John R. NORTON, III; Doris S. Norton; Diane B. Allison;
Charles G. Bentzin; F.M. Binkley; Delmar A. Brady; Samme
Jo Brady; George Maning Close; Russell M. Collins; Peter
Dwares; Robert Flesvig; Donald P. Gallop; Charles A.
Gerlach, Jr.; Robert W. Gerwig; Richard C. Henry; Michael
C. Hirsh; R. William Johnston; James H. Kayian; Joanne
S. Kayian-Olooney; Suzanne Kayian; Lowell Conrad Lundell;
Judith M. Ott; H.E. Rainbolt; David L. Rosenblatt; Ray
Morse Sanderson; Claire Tillman; Warren G. Vander Voort;
Peter Beck; Harold Franz Ilg; John C. Griffin; Ted
Kosloff; Francis J. Milon; Glen R. Mogan; Melanie M.
Norton; Joseph F. Weller, Plaintiffs-Appellants,
v.
LLOYD'S OF LONDON, an unincorporated association;
Corporation of Lloyd's, aka Society of Lloyd's,
aka The Society and Council of Lloyd's,
Defendants-Appellees.
 Nos. 95-55747, 95-56467.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 22, 1997.
 
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Prior report: 107 F.3d 1422.
 
 
 2
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.